Utica First Ins. Co. v Cote Agency Inc. (2024 NY Slip Op 04730)

Utica First Ins. Co. v Cote Agency Inc.

2024 NY Slip Op 04730

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, DELCONTE, AND HANNAH, JJ. (Filed Sept. 27, 2024.) 

MOTION NO. (393/24) CA 23-01602.

[*1]UTICA FIRST INSURANCE COMPANY, PLAINTIFF-RESPONDENT, 
v
COTE AGENCY INC., ET AL., DEFENDANTS, BALDES PROTECTION AGENCY, INC., BALDES PROTECTION AGENCY, INC., DOING BUSINESS AS COTE AGENCY, AND BALDES PROTECTION AGENCY, INC., DOING BUSINESS AS COTE INSURANCE AGENCY, DEFENDANTS-APPELLANTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.